IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD ALSTON, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :   Case No. 2:21-cv-00769-JDW |
| | : |
| BERNADETTE MASON, | : |
| | : |
| Respondent. | : |

# ORDER

**AND NOW**, this 13th day of February, 2025, upon consideration of the Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 11), and following careful and independent review of the Honorable José R. Arteaga's Report And Recommendation (ECF No. 45), without objection from *pro se* Petitioner Ronald Alston, for good cause including finding that Mr. Alston's claims concerning ineffective assistance of counsel lack merit, it is **ORDERED** as follows:

1. I **ADOPT** and **APPROVE** Judge Arteaga's detailed Report and Recommendation (ECF No. 45); and

2. The Amended Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 11) is **DENIED** and **DISMISSED WITH PREJUDICE**.

I find no probable cause to issue a certificate of appealability because Mr. Alston has not demonstrated that reasonable jurists would debate the correctness of the

procedural aspects of this ruling, nor has he made a substantial showing of the denial of a constitutional right.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**HON. JOSHUA D. WOLSON**